William M. Barron
SMITH, GAMBRELL & RUSSELL, LLP
250 Park Avenue, Suite 1900
New York, New York 10177
(212) 907-9700
wbarron@sgrlaw.com

Attorneys for Claimant
Leopold Museum-Privatstiftung

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA

                        Plaintiff,

- against -

*PORTRAIT OF WALLY*
A PAINTING BY EGON SCHIELE,

                      Defendant *in Rem*.
-------------------------------------X

99 Civ. 9940 (LAP)

**NOTICE OF MOTION FOR RECONSIDERATION OR RE-ARGUMENT OF THE COURT'S OPINION AND ORDER DATED SEPTEMBER 30, 2009**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the undersigned counsel for Claimant Leopold Museum-Privatstiftung ("Leopold Museum") will move this Court, before the Honorable Loretta A. Preska, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for reconsideration or re-argument of parts of the Court's Opinion and Order dated September 30, 2009 pursuant to Rules 54(b) and 60 of the Federal Rules of Civil Procedure and Local Civil Rule 6.3.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rules 6.1 and 6.3, any opposing affidavits and memoranda of law are to be served within ten business days after service hereof.

- 2 -

Dated: New York, New York
       October 16, 2009

                                        SMITH, GAMBRELL & RUSSELL, LLP

                                        By: _____
                                            William M. Barron (WB-5430)
                                            250 Park Avenue, Suite 1900
                                            New York, New York 10177
                                            (212) 907-9700
                                            wbarron@sgrlaw.com

                                            *Attorneys for Claimant*
                                            *Leopold Museum-Privatstiftung*

TO:    Howard N. Spiegler, Esq.
           Mari-Claudia Jimenez, Esq.
           Herrick, Feinstein LLP
           Attorneys for Claimant the Bondi Estate
           2 Park Avenue
           New York, New York 10016

           Barbara Ward, Esq.
           Sharon Cohen Levin, Esq.
           Anna E. Arreola, Esq.
           United States Attorney's Office
           Southern District of New York
           Attorneys for Plaintiff
           One Saint Andrew's Plaza
           New York, New York 10007

           Evan A. Davis, Esq.
           Cleary, Gottlieb, Steen & Hamilton
           Attorneys for Claimant Museum of Modern Art
           One Liberty Plaza
           New York, New York 10006