# HERRICK

NEW YORK
NEWARK
PRINCETON

HOWARD N. SPIEGLER
PARTNER
Direct Tel:  212.592.1444
Direct Fax:  212.545.3392

Email:  hspiegler@herrick.com

MAILED TO COUNSEL

October 21, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 10/23/09

BY FAX

Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

Re:     United States v. Portrait of Wally, 99 Civ. 9940 (LAP)

Dear Judge Preska:

        The Estate of Lea Bondi Jaray respectfully writes to request a one-week extension
of the deadline for the Government and the Estate to oppose the Leopold Museum's Motion for
Reconsideration or Re-Argument, which was filed on October 16th, 2009. The new deadline for
our opposition papers would be November 6th, 2009. We make this request because I will be out
of the country on business from October 25th until November 4th. The Government joins this
request and the Leopold Museum has advised us that it has no objection thereto.

SO ORDERED

*Loretta A. Preska*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*October 22, 2009*

Respectfully submitted,

Howard N. Spiegler

cc:     Sharon Cohen Levin, Esq.
        William M. Barron, Esq.
        Evan A. Davis, Esq.

HERRICK, FEINSTEIN LLP

A New York limited
liability partnership
including New York
professional corporations

2 PARK AVENUE, NEW YORK, NY 10016 • TEL 212.592.1400 • FAX 212.592.1500 • www.herrick.com