```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA,        :    99 CV 9940 (LAP)
                                 :
                                 :    ORDER
            Plaintiff,           :
                                 :
    v.                           :
                                 :
PORTRAIT OF WALLY,               :
A PAINTING BY EGON SCHIELE,      :
                                 :
            Defendant.           :
                                 :
------------------------------------------------------X

*Mailed to Counsel*

LORETTA A. PRESKA, Chief United States District Judge:

The motion of the Leopold Museum Foundation for Reconsideration or Re-Argument [dkt. no. 299] is denied. Counsel has merely reiterated the arguments made by the Foundation in its papers on summary judgment.

Counsel shall confer and inform the Court by letter no later than November 30 how they propose to proceed.

SO ORDERED:

Dated: November 19, 2009

*[signature]*
LORETTA A. PRESKA, Chief U.S.D.J.

99cv9940order