UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
               Plaintiff,                :
                                         :   99 Civ. 9940 (LAP)
       v.                                :
                                         :   ORDER
                                         :
PORTRAIT OF WALLY,                       :
A PAINTING BY EGON SCHIELE,              :
                                         :
               Defendant *in Rem.*       :
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/10

      Upon application of the United States and claimants Leopold Museum-Privatstiftung and the Estate of Lea Bondi Jaray, the briefing schedule for pretrial motions is hereby suspended until July 12, 2010.

SO ORDERED

Dated May 21, 2010

_____
THE HONORABLE LORETTA A. PRESKA
Chief United States District Judge
Southern District of New York